# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JEREMY SHAFFER, | Case No. 2:24-cv-01962-DJC-CSK |
| Plaintiff, | *Honorable Daniel J. Calabretta* |
| v. | **ORDER DISMISSING FRAUD AND UCL CLAIMS (CAL. BUS. & PROF. CODE § 17200)** |
| GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive, | Complaint Filed:   June 14, 2024<br>Removed:   July 17, 2024 |
| Defendants. | Trial Date:   Not Set |

**<u>ORDER</u>**

On April 2, 2025, Michael Jeremy Shaffer ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation to Dismiss Fraud and UCL Claims (Cal. Bus. & Prof. Code § 17200) ("Stipulation"). Specifically, Plaintiff stipulated to dismiss with prejudice Plaintiff's Fourth Cause of Action for Fraud and Fifth Cause of Action for Violation of Business & Professions Code § 17200 ("UCL").

Based on the foregoing, the Court, therefore, ORDERS that Plaintiff's Fourth and Fifth Causes of Action, respectively for Fraud and UCL are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 2, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE