1  Steven D. Park (SBN 215219)
    *spark@parklawless.com*
2  John R. Lawless (SBN 223561)
    *jlawless@parklawless.com*
3  Vincent Tremonti (SBN 301571)
    *vtremonti@parklawless.com*
4  **PARK LAWLESS & TREMONTI LLP**
   515 S. Flower Street, 18th Floor
5  Los Angeles, CA 90071
   Telephone:   (213) 640-3770
6  Facsimile:   (213) 640-3015

7  Attorneys for Defendant
   GENERAL MOTORS LLC
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MICHAEL JEREMY SHAFFER, | Case No. 2:24-cv-01962-DJC-CSK |
|---|---|
| Plaintiff, | *Honorable Daniel J. Calabretta* |
| v. | **ORDER STAYING PROCEEDINGS OR, IN THE ALTERNATIVE, CONTINUING TRIAL BY 180 DAYS** |
| GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:   June 14, 2024<br>Removed:   July 17, 2024 |
| | Trial Date:   April 27, 2026 |

# **ORDER**

On December 29, 2025, Michael Jeremy Shaffer ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation to Stay Proceedings or, in the Alternative, to Continue Trial by 180 Days ("Stipulation").

Based on the foregoing, the Court, therefore, ORDERS:

1. All proceedings in this action, including discovery, trial preparation, and the trial currently set for April 27, 2026, are hereby STAYED pending resolution of Plaintiff's class membership status in the federal class action *In re Chevrolet Bolt EV Battery Litigation*, Case No. 2:20-13256-TGB-CI (E.D. Mich.) (the "Bolt Class Action"), or further order of this Court.

2. Plaintiff is ordered to file and serve a written notice within five (5) court days of any ruling by the United States District Court for the Eastern District of Michigan or the United States Circuit Court of Appeals for the Sixth Circuit regarding his motion to cure the invalid opt-out in the Bolt Class Action, or of any other development materially affecting his participation in that federal class action.

3. The Final Pretrial Conference, set for February 26, 2026, and the Jury Trial set for April 27, 2026, are VACATED.

4. The parties shall file a joint report within 180 days and every 120 days thereafter advising the Court as to the status of the proceedings in the Bolt Class Action including whether the stay in this action should be lifted.

**IT IS SO ORDERED.**

Dated:  December 30, 2025                /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE